## Kent *against* Dodge.

S. S. LUSH, in behalf of the defendant, moved to change the *venue* in this cause.

*Z. R. Shepherd,* contra, objected, that the application ought to have been made before plea pleaded, or at least at the next term after issue was joined.

*Per Curiam.* It has been decided, that the defendant may move to change the *venue* after issue has been joined;* and this may be done at any time, where there has been no loss of trial, and no delay will be produced. Take your rule.

The defendant may move to change the *venue* after issue joined, and at any time, where there has been no loss of trial, and no delay will be produced.
* *Delavan* v. *Baldwin,* 2 *Caines,* 104.

Rule granted.